RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
SHREVEPORT, LOUISIANA
DATE _____

# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF LOUISIANA

### SHREVEPORT DIVISION

| | |
|---|---|
| **KENNETH PAUL JONES** | **CIVIL ACTION NO. 05-944-P** |
| **VERSUS** | **JUDGE HICKS** |
| **ALLEN CASTILLO, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## MEMORANDUM ORDER

Before the Court is a civil rights complaint filed in forma pauperis ("IFP") by pro se plaintiff Kenneth Paul Jones ("Plaintiff"), pursuant to 42 U.S.C. § 1983. This complaint was received and filed in this Court on May 31, 2005. Plaintiff is incarcerated in the J.L. Dabadie Correctional Center in Pineville, Louisiana. He alleges his parole officer and prison officials violated his civil rights by filing a false report against him. He names Allan Castillo, Rodney Arbuckle, Dennis Reed, Jerry Lowe, Mindy Ramsey and Jerry Remedies as defendants.

Plaintiff has filed at least 15 lawsuits in this Court since 1991. On April 26, 1996, Title 28 § 1915 was amended to add a new requirement pertaining to successive claims. This section limits non-meritorious IFP claims by prohibiting prisoners from filing additional IFP petitions if three have already been dismissed on the grounds that they were frivolous, malicious or failed to state a claim upon which relief could be granted. See 28 U.S.C. § 1915(g). However, prisoners can file additional claims if they claim to be "under

imminent threat of serious bodily injury."

Plaintiff has had the following IFP claims dismissed as frivolous: <u>Jones v. Nighthawk Bail Bond Agency, et al.</u>, No. 5:93cv1315 (W.D. La. 1993); <u>Jones v. Hubert, et al.</u>, No. 1:00cv562 (W.D. La. 2000); and <u>Jones v. Michael, et al.</u>, No. 5:02cv574 (W.D. La. 2003).

Plaintiff does not allege that he is under imminent threat of serious bodily injury.

Accordingly;

**IT IS ORDERED** that the Memorandum Order (Doc. 3) granting Plaintiff IFP status is hereby **VACATED**.

**IT IS FURTHER ORDERED** that Plaintiff pay the $250.00 filing fee within twenty (20) days from the date of this Order. Failure to pay the filing fee will result in the pleadings being **STRICKEN** from the record.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 19 day of July 2005.

**MARK L. HORNSBY**
**UNITED STATES MAGISTRATE JUDGE**